584

## Harriet B. Grice, Appellee, v. Joseph H. Grice, Appellant.

Gen. No. 40,816.

Heard in first division, first district, this court at October term, 1939; opinion filed April 8, 1940. Harry A. Silverstein, for appellant; Ben Capple and Meyer Silverstein, of counsel; James W. Milne, for appellee; Leo J. Bartoline, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."